```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE MANUEL MAGANA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | NO. CR-S-07-0331 LKK |
|                                   ) | |
|             Plaintiff,            ) | ORDER AFTER HEARING |
|                                   ) | |
|      v.                           ) | |
|                                   ) | Date: November 27, 2007 |
| JOSE MANUEL MAGANA, et al.,       ) | Time: 9:30 a.m. |
|                                   ) | Judge: Hon. Lawrence K. Karlton |
|             Defendants.           ) | |
|                                   ) | |
| _____ ) | |

This matter came before the Court for a Status Conference on October 30, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Mary Grad (for Jill Thomas), defendant JOSE MANUEL MAGANA was present and in custody, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon, and defendant JOSE MIRANDA-MAGANA was present and in custody, represented by his counsel, Matthew C. Bockmon (for Christopher Hayden-Myer).

A further Status Conference hearing was set for November 27, 2007,

1  at 9:30 a.m. in Courtroom 4.
2       Therefore, good cause appearing,
3       IT IS ORDERED that this matter be continued to November 27, 2007,
4  at 9:30 a.m. for a further Status Conference.
5       IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
6  (iv), the period from October 30, 2007, through and including
7  November 27, 2007, is excluded from the time computations required by
8  the Speedy Trial Act due to ongoing preparation of counsel.

10 DATED: November 8, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Order After Hearing                 2