DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0331 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| JOSE MANUEL MAGANA, et al., ) | Date:  January 3, 2008 |
| ) | Time:  9:30 a.m. |
| Defendants. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, JOSE MANUEL MAGANA, by and through his counsel Matthew C. Bockmon, Assistant Federal Defender, and JOSE MIRANDA-MAGANA, by and through his counsel Christopher Hayden-Myer, that the status conference presently scheduled for November 27, 2007, be vacated and rescheduled for status conference on January 3, 2008, at 9:30 a.m.

    This continuance is being requested because of on-going defense investigation and preparation and because counsel for defendant Jose Miranda-Magana is currently not available.

1    IT IS FURTHER STIPULATED that the period from November 27, 2007,
2 through and including January 3, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: November 20, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE MANUEL MAGANA


/s/ Matthew C. Bockmon for
_____
CHRISTOPHER HAYDEN-MYER
Attorney for Defendant
JOSE MIRANDA-MAGANA

Dated: November 20, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
JILL THOMAS
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  November 26, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order                                                  2