1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE MANUEL MAGANA

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        )  NO. CR-S-07-0331 LKK
12                                   )
                    Plaintiff,       )  ORDER AFTER HEARING
13                                   )
        v.                           )
14                                   )  Date:  February 5, 2008
   JOSE MANUEL MAGANA, et al.,       )  Time:  9:30 a.m.
15                                   )  Judge: Hon. Lawrence K. Karlton
                    Defendants.      )
16                                   )
   _____   )
17

18

19       This matter came before the Court for a Status Conference on

20  January 3, 2008, in the courtroom of the Honorable Lawrence K. Karlton,

21  Senior United States District Judge.  The government was represented by

22  its counsel, Assistant United States Attorney Jill Thomas, defendant

23  JOSE MANUEL MAGANA was present and in custody, represented by his

24  counsel, Assistant Federal Defender Matthew C. Bockmon, and defendant

25  JOSE MIRANDA-MAGANA was present and in custody, represented by his

26  counsel, Christopher Hayden-Myer.

27       A further Status Conference/Change of Plea hearing was set for

28  February 5, 2008, at 9:30 a.m. in Courtroom 4.

1    Therefore, good cause appearing,

2    IT IS ORDERED that this matter be continued to February 5, 2008,

3    at 9:30 a.m. for a further Status Conference/Change of Plea hearing.

4    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)

5    (iv), the period from January 3, 2008, through and including

6    February 5, 2008, is excluded from the time computations required by

7    the Speedy Trial Act due to ongoing preparation of counsel.

8

9    DATED: January 8, 2008

10

11   _____
     LAWRENCE K. KARLTON

12   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                2