```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL MAGANA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0331 LKK |
| ) Plaintiff, ) | ORDER AFTER HEARING |
| ) v. ) | |
| ) JOSE MANUEL MAGANA, et al., ) | Date: March 4, 2008<br>Time: 9:30 a.m. |
| ) Defendants. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

    This matter came before the Court for a Status Conference on February 5, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney Jill Thomas, defendant JOSE MANUEL MAGANA was present and in custody, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon, and defendant JOSE MIRANDA-MAGANA was present and in custody, represented by his counsel, Christopher Haydn-Myer.

    A Further Status Conference was set for March 4, 2008, at 9:30 a.m. in Courtroom 4.

1       Therefore, good cause appearing,

2       IT IS ORDERED that this matter be continued to March 4, 2008, at
3  9:30 a.m. for a Further Status Conference.

4       IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
5  (iv), the period from February 5, 2008, through and including
6  March 4, 2008, is excluded from the time computations required by the
7  Speedy Trial Act due to ongoing preparation of counsel.

9  DATED: February 11, 2008

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

Order After Hearing                    2