1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   JOSE MIRANDA-MAGANA
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  CR. NO. S-07-0331-LKK
                                     )
13               Plaintiff,          )  STIPULATION; ORDER
                                     )
14       v.                          )
                                     )  DATE: March 4, 2008
15  JOSE MIRANDA-MAGANA AND          )  TIME:  9:30 a.m.
    JOSE MANUEL-MAGANA,              )  COURT: Hon. Lawrence K. Karlton
16                                   )
                 Defendants.         )
17                                   )
    _____  )
18                                   )

19       Defendant, JOSE MIRANDA-MAGANA, through Christopher Haydn-Myer,

20  Attorney At Law, and defendant, JOSE MANUEL-MAGANA, through Matthew

21  Bockmon, of the Eastern California District Federal Defender's Office,

22  and the United States of America, through Assistant U.S. Attorney Jill

23  Thomas, agree as follows:

24       It is hereby stipulated that the status conference currently set

25  for March 4, 2008, be vacated and a new status conference be scheduled

26  on April 1, 2008 at 9:30 a.m.

27       It is further stipulated and agreed between the parties that the

28  time under the Speedy Trial Act should be excluded from today's date to

April 1, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.

Dated: February 29, 2008

    Respectfully submitted,

    /s/ Christopher Haydn-Myer
    _____
    CHRISTOPHER HAYDN-MYER
    Attorney for Defendant
    JOSE MIRANDA-MAGANA

Dated: February 29, 2008

    Respectfully submitted,

    /s/ Christopher Haydn-Myer for
    _____
    MATTHEW BOCKMON
    ASSISTANT FEDERAL DEFENDER FOR
    THE EASTERN DISTRICT OF CALIFORNIA
    Attorney for Defendant
    JOSE MANUEL-MAGANA

DATED: February 29, 2008    McGREGOR W. SCOTT
    United States Attorney

    /S/ Christopher Haydn-Myer for
    JILL THOMAS
    Assistant U.S. Attorney
    Attorney for Plaintiff

1 **<u>ORDER</u>**

2 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
3 currently set for March 4, 2008, be vacated and a new status conference
4 be scheduled on April 1, 2008 at 9:30 a.m., and the time under the Speedy
5 Trial Act should be excluded from today's date to April 1, 2008, under
6 Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

8 DATED: March 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3