CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
JOSE MIRANDA-MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> JOSE MIRANDA-MAGANA AND             )<br> JOSE MANUEL-MAGANA,                 )<br>                                    )<br>            Defendants.             )<br>                                    )<br>_____)<br>                                    ) | CR. NO. S-07-0331-LKK<br><br>STIPULATION; ORDER<br><br><br>DATE:  April 1, 2008<br>TIME:  9:30 a.m.<br>COURT: Hon. Lawrence K. Karlton |

Defendant, JOSE MIRANDA-MAGANA, through Christopher Haydn-Myer, Attorney At Law, and defendant, JOSE MANUEL-MAGANA, through Matthew Bockmon, of the Eastern California District Federal Defender's Office, and the United States of America, through Assistant U.S. Attorney Jill Thomas, agree as follows:

It is hereby stipulated that the status conference currently set for April 1, 2008, be vacated and a new status conference be scheduled on April 15, 2008 at 9:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to

```
 1  April 15, 2008, under Local Code T4, Title 18, United States Code
 2  section 3161(h)(8)(B)(iv), to give the defendants time to further
 3  review the discovery and to adequately prepare.
 4
 5  Dated: March 28, 2008
 6                                          Respectfully submitted,
 7                                          /s/ Christopher Haydn-Myer
                                            _____
 8                                          CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
 9                                          JOSE MIRANDA-MAGANA
10
    Dated: March 28, 2008
11                                          Respectfully submitted,
12                                          /s/ Christopher Haydn-Myer for
                                            _____
13                                          MATTHEW BOCKMON
                                            ASSISTANT FEDERAL DEFENDER FOR
14                                          THE EASTERN DISTRICT OF CALIFORNIA
                                            Attorney for Defendant
15                                          JOSE MANUEL-MAGANA
16  DATED: March 28, 2008                   McGREGOR W. SCOTT
                                            United States Attorney
17
                                            /S/ Christopher Haydn-Myer for
18                                          JILL THOMAS
                                            Assistant U.S. Attorney
19                                          Attorney for Plaintiff
20
21
22
23
24
25
26
27
28                                     2
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for April 1, 2008, be vacated and a new status conference be scheduled on April 15, 2008 at 9:30 a.m., and the time under the Speedy Trial Act should be excluded from today's date to April 15, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: March 31, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3