```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE MANUEL MAGANA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0331 LKK |
| Plaintiff, | ) ORDER AFTER HEARING |
| v. | ) |
| JOSE MANUEL MAGANA, et al., | ) |
| Defendants. | ) |

This matter came before the Court for a Status Conference on April 15, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Jill Thomas, and defendant JOSE MANUEL MAGANA was present and in custody, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon. A Further Status Conference/Change of Plea hearing was set for April 29, 2008, at 9:30 a.m. in Courtroom 4.

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to April 29, 2008, at

9:30 a.m. for a Further Status Conference/Change of Plea hearing.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), the period from April 15, 2008, through and including April 29, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: April 18, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                         2