DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0331 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| JOSE MANUEL MAGANA, et al., ) | Date:  May 13, 2008 |
| ) | Time:  9:30 a.m. |
| Defendants. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and JOSE MANUEL MAGANA, by and through his counsel Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 29, 2007, be vacated and rescheduled for status conference on May 13, 2008, at 9:30 a.m.

    This continuance is being requested because of on-going defense investigation and preparation and because counsel for defendant Jose Manuel Magana is not available on April 29, 2009.

    IT IS FURTHER STIPULATED that the period from April 29, 2008,

1  through and including May 13, 2008, be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4  preparation of counsel.
5  Dated: April 25, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE MANUEL MAGANA

Dated: April 25, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
JILL THOMAS
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  April 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT