DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0331 LKK |
| Plaintiff, | ORDER AFTER HEARING |
| v. | |
| JOSE MANUEL MAGANA, et al., | |
| Defendants. | |

This matter came before the Court for a Status Conference on May 20, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney Jill Thomas, and defendant JOSE MANUEL MAGANA was present and in custody, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon.  A Further Status Conference/Change of Plea hearing was set for June 24, 2008, at 9:30 a.m. in Courtroom 4.

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to June 24, 2008, at

1  9:30 a.m. for a Further Status Conference/Change of Plea hearing.
2      IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
3  (iv), the period from May 20, 2008, through and including June 24,
4  2008, is excluded from the time computations required by the Speedy
5  Trial Act due to ongoing preparation of counsel.

7  DATED: May 23, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT