GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for JOSE MANUEL MAGAÑA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE MANUEL MAGAÑA,<br><br>　　　　　Defendant. | CR. NO. 2:07-CR-331-LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 19, 2008 |

　　　Defendant José Manuel Magaña, through Gilbert A. Roque, his appointed counsel, and the United States of America, through Assistant United States Attorney Jill M. Thomas, agree that the Status Conference set for July 1, 2008, at 9:30 a.m., be continued to August 19, 2008, at 9:30 a.m., before the Honorable Lawrence K. Karlton.

　　　In addition, it is agreed that the Court should find excludable time through August 19, 2008, pursuant to Local Rule T-4.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: June 30, 2008　　　　　　　/s/ Gilbert A. Roque
　　　　　　　　　　　　　　　　　　GILBERT A. ROQUE, Attorney for
　　　　　　　　　　　　　　　　　　JOSE MANUEL MAGAÑA, Defendant

DATED: June 30, 2008　　　　　　　/s/Jill M. Thomas
　　　　　　　　　　　　　　　　　　JILL M. THOMAS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: June 30, 2008

　　　　　　　　　　　　　　　　　　_/s/ Lawrence K. Karlton_____
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT