GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for JOSE MANUEL MAGAÑA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE MANUEL MAGAÑA,<br><br>    Defendant. | CR. NO. 2:07-CR-331-LKK<br><br>ORDER CONTINUING STATUS CONFERENCE TO SEPTEMBER 3, 2008 |

This matter came on for a status conference on August 19, 2008, before the Honorable Lawrence K. Karlton. Defendant José Manuel Magaña was present with Gilbert A. Roque, his appointed counsel, and Assistant United States Attorney Heiko P. Coppola appeared for Plaintiff. All parties agreed that the matter be scheduled for further status conference on September 3, 2008, at 9:30 a.m., before the Honorable Lawrence K. Karlton.

In addition, it was agreed that the Court should find excludable time through September 3, 2008, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: August 19, 2008     /s/ Gilbert A. Roque
                           GILBERT A. ROQUE, Attorney for
                           JOSE MANUEL MAGAÑA, Defendant

**IT IS SO ORDERED.**

DATED:     August 28, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT